IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01856-PAB-BNB

AMANDA MARUCCI,

    Plaintiff,

v.

CALVARY PORTFOLIO SERVICES, LLC, a Delaware limited liability company,

    Defendant.

## ORDER

This matter is before the Court on the Stipulated Motion to Amend Judgment against Defendant to Add Attorney Fees. [Docket No. 20]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED as follows:

1. The Stipulated Motion to Amend Judgment against Defendant to Add Attorney's Fees [Docket No. 20] is granted.

2. Plaintiff's reasonable attorney's fees in the amount of $3,000.00 shall be added to the current Judgment of $1,501.00 and the Costs Taxed by the Clerk of the Court in the amount of $420.00. The Clerk of the Court is directed to enter Judgment for the Plaintiff, Amanda Marucci, and against the Defendant, Cavalry Portfolio Services, LLC, in the total amount of $4,921.00, plus post-judgment interest.

Dated this _16th_ day of November, 2009.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge